**Kelvin J. MILES, Petitioner—Appellant,**

v.

**The State of MARYLAND, Respondent—Appellee.**

No. 05–7246.

United States Court of Appeals, Fourth Circuit.

Submitted: June 28, 2006.

Decided: Aug. 11, 2006.

Kelvin J. Miles, Petitioner Pro Se.

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kelvin J. Miles seeks to appeal the district court's orders denying his post-judgment motion to amend his 28 U.S.C. § 2254 (2000) petition and his motion for reconsideration. We have reviewed the record and find that Miles has not made a substantial showing of the denial of a con-

stitutional right. Accordingly, we deny the motion for a certificate of appealability and dismiss the appeal. We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion to expedite consideration of the appeal is denied as moot.

*DISMISSED*